# Court of Appeals
# of the State of Georgia

ATLANTA,  June 08, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0776. DANTE G. FREDRICK v. ERIC WATSON.**

Inmate Dante G. Fredrick submitted a pro se civilian warrant against Sheriff Eric Watson to the superior court. The superior court denied the filing of the action, and Fredrick filed this direct appeal. We, however, lack jurisdiction.

Fredrick is incarcerated, so his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, an appeal in a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." And under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court. Because a prisoner has no right of direct appeal in civil cases, we lack jurisdiction to consider this direct appeal. See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  06/08/2021

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.* Stephen E. Castlen